**PENNSYLVANIA AIRLINES, Inc., a Delaware Corporation, Appellant, v. James A. FARLEY, Postmaster General of the United States.**

No. 6310.

United States Court of Appeals for the District of Columbia.

Argued Dec. 11, 1934.

Decided Feb. 4, 1935.

William H. White, Jr., of Washington, D. C., for appellant.

Leslie C. Garnett, David A. Pine, Harry LeRoy Jones, and Carl L. Ristine, all of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, HITZ, and GRONER, Associate Justices.

VAN ORSDEL, Associate Justice.

This case is controlled by the opinion and decree in Boeing Air Transport, Inc., a Corporation, v. James A. Farley, 64 App. D. C. 162, 75 F.(2d) 765, and associated cases, decided and filed concurrent herewith.

The decree is affirmed, with costs.